| | Citation/Long Arm | 14th Judicial District Court |
|---|---|---|
| JOHN D MITCHNER |  | State of Louisiana |
| VS.   2018-001889 | | Parish of Calcasieu |
| ORLANDO DOMINIQUEZ LLAMEZ | | |

THE STATE OF LOUISIANA

TO: US TRANSPORT ENTERPRICE LLC   PURSUANT TO LOUISIANA
THROUGH ITS REGISTERED AGENT   LONG-ARM STATUTE
JORGE REYES
150 CATALINA DR
CHATSWORTH, GA 30705

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of JOHN D MITCHNER against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

ALL IN ACCORDANCE WITH THE CERTIFIED COPIES ATTACHED HERETO

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 7TH day of MAY 2018.

Issued and delivered May 17, 2018

_____
Thomas Cole
Deputy Clerk of Court

(PETITION FOR DAMAGES)

---

## SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE   $_____   BY: _____
MILEAGE   $_____        Deputy Sheriff
TOTAL     $_____

Party No.   P001

A TRUE COPY
Lake Charles, Louisiana
MAY 17 2018
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Filing Date: 05/17/2018 09:51 AM   Page Count: 1
Case Number: 2018-001889
Document Name: Citation/Long Arm

**EXHIBIT A**

[ Service Copy ]
CMS0049

Page 1 of 1

| | |
|---|---|
| JOHN D. MITCHENER | CIVIL DOCKET NO. 2016-1889 B |
| VERSUS | ___ JUDICIAL DISTRICT COURT |
| ORLANDO DOMINIQUEZ-LLAMEZ and US TRANSPORT ENTERPRICE LLC | CALCASIEU PARISH, LOUISIANA |
| FILED: MAY 0 7 2018 | Carole B LeBlanc<br>DEPUTY CLERK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

The petition of JOHN D. MITCHNER, (hereinafter referred to as "Petitioner") a person of the full age of majority and a resident of Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendants herein are ORLANDO DOMINIQUEZ-LLAMEZ (hereinafter referred to as "DOMINGUEZ-LLAMEZ") and US TRANSPORT ENTERPRICE, LLC (hereinafter referred to as "US TRANSPORT"). Dominguez-Llamez is an individual who resides in Dalton, Georgia and may be served with process at 703 Hampton Drive, Dalton, Georgia 30720. US Transport is a foreign, for-profit, limited liability company with its principal place of business in Chatsworth, Georgia and may be served with process by serving its registered agent, Jorge Reyes, at 150 Catalina Dr., Chatsworth, Georgia 30705.

2.

Defendants herein owe petitioner damages for injuries received by petitioner on or about the 1st day of June 2017 for an automobile collision that occurred on Hwy 3063 in Vinton, Louisiana in Calcasieu Parish.

3.

On or about June 1, 2017, Dominguez-Llamez was employed with US Transport as a commercial truck driver. On said date, Dominguez-Llamez was operating a 2004 Freightline commercial truck and hauling a 1999 box trailer in Vinton Louisiana in the course and scope of his employment with US Transport.

4.

On or about June 1, 2017, Dominguez-Llamez was traveling on the westbound Interstate 10 exit # 7 when Dominguez-Llamez failed to stop at a stop sign or failed to yield the right of way to the traffic located on LA 3063 West Street. As a result, Dominguez-Llamez struck the vehicle



Filing Date: 05/07/2018 12:00 AM
Case Number: 2018-001889
Document Name: PETITION
Page Count: 3

driven by Petitioner. Additionally, the collision occurred because of Dominguez-Llamez' failure to exercise due care and failure to keep a proper lookout. Petitioner sustained bodily injuries and damage to his property as a result.

5.

US Transport failed to hire competent drivers to operate its commercial tractor-trailers. US Transport failed to properly train and supervise Dominguez-Llamez before entrusting him to operate a tractor-trailer. As a result, Dominguez-Llamez was driving US Transport's tractor-trailer without the necessary skill and expertise, resulting in the subject collision and injuries to Petitioner.

5.

The damages caused herein and suffered by the petitioner were caused solely and exclusively by the actions and omissions of defendants, Dominguez-Llamez and US Transport. The petitioner was not at fault or in any way caused the subject collision.

6.

Petitioner herein, JOHN D. MITCHENER, sustained the following non-exclusive damages, as a direct result of the negligence of the defendants, Dominguez-Llamez and US Transport. The petitioner, in the following non-exclusive particulars, to-wit:

   (a)   Physical pain and suffering (past, present, and future);

   (b)   Impairment (past, present, and future);

   (c)   Loss of enjoyment of life (past, present, and future);

   (d)   Loss of income (past, present, and future);

   (e)   Grief and Mental anguish (past, present, and future);

   (f)   Medical bills (past, present, and future); and

   (g)   All other damages to be proven at the trial of this matter.

WHERFORE, PETITIONER HEREIN PRAYS that defendant herein be served with a copy of this petition, after due proceedings had, there be judgement herein, in favor of petitioner against the defendants, Dominguez-Llamez and US Transport for all sums that are just and equitable in the premises.

7.

Petitioner respectfully requests a trial by jury.

> Respectfully submitted,
> THE BRASHER LAW FIRM, PLLC
>
> BY: _____
> Clint Brasher
> Louisiana Bar No. 29540
> clint@brasherattorney.com
> Joe Muckleroy
> Louisiana Bar No. 30935
> joe@brasherattorney.com
> 6430 Wellington Place
> Beaumont, Texas 77704
> (409) 832-3737 Telephone
> (409) 832-3838 Facsimile
>
> Attorneys for JOHN D. MITCHENER

SERVICE INFORMATION: Please serve the defendant immediately as per the service instruction set forth in paragraph one (1) of the Petition for Damages.

A TRUE COPY
Lake Charles, Louisiana
MAY 17 2018
Deputy Clerk of Court
Calcasieu Parish, Louisiana